UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAT COVEN LLC,

                    Plaintiff,              24-cv-1667 (JGK)

        - against -                        ORDER

ROADGET BUSINESS PTE. LTD., ET AL.,

                    Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **May 20, 2024.**

SO ORDERED.

Dated:    New York, New York
          May 7, 2024

                                        John G. Koeltl
                              United States District Judge