UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAT COVEN LLC,

                        Plaintiff,                        24 Civ. No. 1667 (JGK)

         -against-                           **PRE-SETTLEMENT
                                                         CONFERENCE ORDER**

ROADGET BUSINESS PTE. LTD.,
SHEIN DISTRIBUTION
CORPORATION, and SHEIN US
SERVICES, LLC.

                        Defendants.
------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, August 14, 2024 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 763 630 011#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:    New York, New York
                August 8, 2024

                                                                       _____
                                                                       The Honorable Gary Stein
                                                                       United States Magistrate Judge