UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAT COVEN LLC,   24-cv-1667 (JGK)

        Plaintiff,   ORDER

- against -

ROADGET BUSINESS PTE. LTD., ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a conference on **Friday, September 27, 2024**, at **3:30 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            September 26, 2024

                                      John G. Koeltl
                             United States District Judge