

**KUSHNIRSKY GERBER PLLC**
27 UNION SQUARE WEST, SUITE 301
NEW YORK, NY 10003
kgfirm.com

O: (212) 882-1320
F: (917) 398-1487

September 26, 2024

**Via ECF**

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*Conference adjourned to Monday, September 30, 2024 at 11:30 A.M. So ordered. 9/27/24 [signature] JGK/U.S.D.J.*

Re: *Cat Coven LLC v. Roadget Bus. Pte. Ltd. et al.*, Case No. 1:24-cv-1667 - Letter Motion Requesting Adjournment of Discovery Conference

Your Honor,

    Plaintiff Cat Coven LLC ("Plaintiff") submits this letter-motion pursuant to Section I(E) of Your Honor's Individual Practices requesting a brief adjournment of the discovery conference scheduled for tomorrow, September 27, 2024 at 3:30 p.m., *see* ECF No. 43, to Monday, September 30, 2024. Plaintiff's counsel already has a court appearance in another matter scheduled for tomorrow afternoon.

    This is Plaintiff's first request for an adjournment. Defendants Roadget Business Pte. Ltd., Shein Distribution Corporation, and Shein US Services, LLC consent to the adjournment of the discovery conference to September 30, 2024.

    Plaintiff appreciates the Court's swift attention to the discovery issues in this case and apologizes for the inconvenience.

Respectfully submitted,

[signature]

Andrew Gerber
Vanessa Sorrentino
KUSHNIRSKY GERBER PLLC
27 Union Square West, Suite 301
New York, New York 10003

1

andrew@kgfirm.com
vanessa@kgfirm.com
(212) 882-1320
*Attorneys for Plaintiff Cat Coven LLC*