UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAT COVEN LLC,　　　　　　　　　　　　　24-cv-1667 (JGK)

　　　　　Plaintiff,　　　　　　　　　　ORDER

　　- against -

ROADGET BUSINESS PTE. LTD., ET AL.,

　　　　　Defendants.

---

JOHN G. KOELTL, District Judge:

　　The plaintiff's deposition is stayed pending resolution of disputes with respect to the defendants' document discovery.

　　The parties are currently scheduled to provide a status update to Magistrate Judge Stein no later than October 18, 2024, as to whether the parties are ready to engage in a settlement conference. So far, the Court has referred this action to Magistrate Judge Stein for settlement. The Court will increase the referral to Magistrate Judge Stein for general pretrial.

SO ORDERED.

Dated:　　New York, New York
　　　　　September 30, 2024

　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　United States District Judge