```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-------------------------------------

CAT COVEN LLC,

        Plaintiff,

  - against -

ROADGET BUSINESS PTE. LTD., ET AL.,

        Defendants.

-------------------------------------

24-cv-1667 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference in connection with the defendants' anticipated motion for partial summary judgment on **Wednesday, April 30, 2025, at 12:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
           April 18, 2025

                                          John G. Koeltl
                                  United States District Judge