UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAT COVEN LLC,

                Plaintiff,

    - against -

ROADGET BUSINESS PTE. LTD., ET AL.,

                Defendants.

24-cv-1667 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The telephone conference scheduled for tomorrow, May 2, 2025, is **adjourned** to **Wednesday, May 7, 2025, at 2:30 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated: New York, New York
       May 1, 2025

                                      John G. Koeltl
                             United States District Judge