UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CAT COVEN LLC,

                             Plaintiff,                    24 Civ. No. 1667 (JGK) (GS)

        -against-                                   **PRE-SETTLEMENT
                                                                    CONFERENCE ORDER**

ROADGET BUSINESS PTE. LTD., *et al.*,

                             Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Pre-Settlement Conference Call on **Thursday, May 15, 2025 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 188 562 90#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference to be held in July 2025, except July 2 through 6.

        **SO ORDERED.**

DATED:    New York, New York
                 May 5, 2025

                                                                 The Honorable Gary Stein
                                                                 United States Magistrate Judge