```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
CAT COVEN LLC,

                    Plaintiff,                 24-cv-1667 (JGK)

     - against -                                ORDER

ROADGET BUSINESS PTE. LTD., ET AL.,

                    Defendants.
------------------------------------
```

JOHN G. KOELTL, District Judge:

The telephone conference originally scheduled for May 7, 2025, is **adjourned** to **Monday, May 12, 2025, at 12:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:   New York, New York
         May 7, 2025

                                    _____
                                            John G. Koeltl
                                    United States District Judge