UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAT COVEN LLC,

                Plaintiff,

    - against -

ROADGET BUSINESS PTE. LTD., ET AL.,

                Defendants.

24-cv-1667 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants' motion for partial summary judgment is due **September 5, 2025**. The plaintiff's response is due **September 19, 2025**. The defendants' reply is due **September 30, 2025**.

SO ORDERED.

Dated:    New York, New York
            May 12, 2025

                                          John G. Koeltl
                                       United States District Judge